## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Patricia Crocker, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 17 C 8156 |
| | ) | |
| Phillips & Cohen Associates, Ltd., a | ) | Judge Gettleman |
| New Jersey corporation, and PCA | ) | |
| Acquisitions V, LLC, d/b/a Portfolio | ) | |
| Asset Group, a Delaware limited liability | ) | |
| company, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby gives notice to the Court that she has reached a settlement of her claims against the Defendants. Plaintiff hereby requests that this Court dismiss her claims against the Defendants without prejudice, with leave to reinstate by February 14, 2018.

Dated: December 22, 2017

One of Plaintiff's Attorneys

/s/ David J. Philipps_____
One of Plaintiff's Attorneys
David J. Philipps (Ill. Bar No. 06196285)
Mary E. Philipps (Ill. Bar No. 06197113)
Philipps & Philipps, Ltd.
9760 S. Roberts Road, Suite One
Palos Hills, Illinois 60465

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2017, a copy of the foregoing **Notice of Settlement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Seth M. Erickson                    seth.erickson@troutman.com
Troutman Sanders, LLP
One North Wacker Drive
Suite 2905
Chicago, Illinois 60606


/s/ David J. Philipps_____

David J. Philipps
Philipps & Philipps, Ltd.
9760 South Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com

2